IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

2005 APR 26   AM 11: 16

DEORA STANG
and PAUL STANG,

    Plaintiff,

v.

    NO.2:05CV2042 D/P
    JURY DEMANDED

GLAMOUR INDUSTRIES, CO. f/k/a
GLAMOUR INDUSTRIES, INC., a/k/a
AMERICAN INTERNATIONAL
INDUSTRIES d/b/a GIGI LABORATORIES

    Defendants.

## RULE 16(b) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates

were established as the final dates for:

INITIAL DISCLOSURES:  **May 19, 2005**

JOINING PARTIES:  For Plaintiff: **July 5, 2005**

                       For Defendants: **July 5, 2005**

INITIAL MOTIONS TO DISMISS: **August 5, 2005**

COMPLETING ALL DISCOVERY:  **January 5, 2006**

    **(a)** DOCUMENT PRODUCTION: **Must be served so response is due**

    **no later than January 5, 2006**

    **(b)** DEPOSITIONS, INTERROGATORIES and REQUESTS FOR

    ADMISSIONS: **January 5, 2006**

    **(c)** EXPERT DISCLOSURE (Rule 26):

        **(i.)**    Plaintiff's Rule 26 Expert: **November 4, 2005**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-2-05

> (ii.)    Defendants' Rule 26 Expert: **December 5, 2005**
>
> (iii.)   Expert witness depositions:    **January 5, 2006**

FILING DISPOSITIVE MOTIONS: **February 3, 2006**

Response due **30 days after service** of motion.

Reply due **10 days after service** of response.

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This trial is expected to last **three (3)** days and will be set for JURY TRIAL. The pretrial conference date and trial date will be set by the presiding judge.

The case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59 and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

HONORABLE TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

DATE: 4/27/05

APPROVED AS TO FORM:

David A. McLaughlin
Attorney for Plaintiffs
The Cochran Firm – Memphis
One Commerce Square, 26th Floor
Memphis, TN 38103

David S. Walker
Attorney for Defendant
Causey Caywood
100 N. Main Street, Ste. 2400
Memphis, TN 38103

3

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02042 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

James D. Causey
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

David A. McLaughlin
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT